USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY BENITEZ,

                Plaintiff,

      - against -

C. STRALEY, et al.,

                Defendants.

ORDER

01 Civ. 0181 (CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On April 7, 2009, the Court received Defendants' second request for an extension of time relating to the briefing schedule for the Parties' motions for summary judgment. Having considered Defendants' request,

### IT IS HEREBY ORDERED THAT:

(1) Defendants **SHALL** file any dispositive motions no later than **April 27, 2009**;

(2) The Parties **SHALL** file responses in opposition no later than **May 11, 2009**; and

(3) The Parties **SHALL** file replies, if any, no later than **May 18, 2009**.

**SO ORDERED this 8th day of April 2009**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge